CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

July 23, 2015

Mr. Senrick Shern Wilkerson
#1885146
Ramsey I Unit
1100 F.M. 655 7 E-2-17T,
Rosharon, TX, 77583

RE:        Trial Court Case Number:     W10-01183-J, W10-01184-J, W08-60213-J

Style:  In Re: Senrick Wilkerson

Dear Mr. Wilkerson:

We have received the enclosed correspondence in which you request that the Court forward your motion to vacate to the district clerk. We are unable to transmit correspondence to the district clerk for you. We are returning your motion so that you can send the motion to the district clerk. The Court also may not provide legal advice concerning your options for appellate review of a failure to act on your motion. We suggest you contact inmate legal services is you have additional questions.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

cc:
Ms. Susan Hawk
District Attorney
Frank Crowley Courts Building
133 N. Riverfront Blvd. LB19
Dallas, TX, 75207-4399

LM/bm